Richard STEARNSMILLER, a/k/a Richard Stearns–Miller, a/k/a Rick Stearns–Miller, Plaintiff–Appellant,

v.

State of SOUTH CAROLINA; South Carolina Department of Corrections, Defendants–Appellees.

No. 00–7585.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Richard Stearnsmiller, pro se.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Richard Stearnsmiller appeals the district court's order dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A. § 1983 (West Supp.2000). The court dismissed Stearnsmiller's complaint because he failed to name the proper parties. Because Stearnsmiller may proceed with this action in the district court by amending his complaint to name the proper defendants, the district court's order is not a final, appealable order. *Domino Sugar Corp. v. Sugar*

*Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*